ROBERT J. ROSATI, No. 112006                                      JS-6
robert@erisalg.com
THORNTON DAVIDSON, No. 166487
thornton@erisalg.com
ERISA Law Group, LLP
2055 San Joaquin Street
Fresno, California 93721
Tel: 559-256-9800
Fax: 559-256-9795

Attorneys for Plaintiff,
JOSEPH BEAGLEY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BEAGLEY,<br><br>                    Plaintiff,<br><br>         v.<br><br>SOUTHERN CALIFORNIA EDISON COMPANY LONG TERM DISABILITY PLAN; SOUTHERN CALIFORNIA EDISON COMPANY,<br><br>                    Defendants. | Case No. 2:11-cv-08361-PA-DTB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a) AND ORDER** |

   IT IS HEREBY STIPULATED by and between Plaintiff, JOSEPH BEAGLEY, and Defendants, SOUTHERN CALIFORNIA EDISON COMPANY LONG TERM DISABILITY PLAN, and SOUTHERN CALIFORNIA EDISON COMPANY that the Parties agree to dismiss this action in its entirety as to all parties and with prejudice, pursuant to Federal Rules of Civil Procedure section

41(a), each Party to bear its own fees and costs.

///

Dated:

ERISA LAW GROUP LLP

/s/ *Robert J. Rosati*
ROBERT J. ROSATI, No. 112006
THORNTON DAVIDSON, No. 166487

Attorneys for Plaintiff,
JOSEPH BEAGLEY

Dated:

SOUTHERN CALIFORNIA EDISON

/s/ *Jenny A. Sievers*
JENNY A. SIEVERS, No. 211705
2244 Walnut Grove Avenue
PO Box 800
Rosemead, California 91770
Telephone: 626-302-6843
Telefax: 626-302-1910

Attorneys for Defendants,
SOUTHERN CALIFORNIA EDISON
COMPANY LONG TERM DISABILITY
PLAN; SOUTHERN CALIFORNIA
EDISON COMPANY

**IT IS SO ORDERED.**

Dated: May 9, 2012

_____
HON. PERCY ANDERSON